**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1915**

———————

GABRIEL A. BONEY,

                                        Plaintiff - Appellant,

        versus

RMP NATIONAL/HOLMAN ENTERPRISE, INCORPORATED;
RODGER CLYDE,

                                        Defendants - Appellees,

        and

CARDELL THURMAN,

                                        Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
02-1334-PJM)

———————

Submitted:  December 16, 2002        Decided:  December 19, 2002

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gabriel A. Boney, Appellant Pro Se.  Gregg Stanton Avitabile, VERNER, LIIPFERT, BERNHARD, MCPHERSON & HAND, Washington, D.C., for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gabriel A. Boney appeals the district court's order granting summary judgment to Defendants.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Boney v. RMP Nat'l/Holman Enter., Inc., No. CA-02-1334-PJM (D. Md. Aug. 9, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED